Samuel A. Schwartz
Nevada Bar No. 10985
saschwartz@nvfirm.com
SCHWARTZ, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

Lisa Kobialka
California Bar No. 191404 (*pro hac vice* to be filed)
lisa.kobialka@brownrudnick.com
Christina M. Finn
California Bar No. 247838 (*pro hac vice* to be filed)
christina.finn@brownrudnick.com
BROWN RUDNICK LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065
Telephone: (669) 469-1800
Facsimile: (669) 469-1801

*Attorneys for Movant*
*Molly Kay Hamrick*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| NTECH PROPERTIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BYTEDANCE LTD., BYTEDANCE PTE. LTD., TIKTOK PTE. LTD., and TIKTOK INC.,<br><br>Defendants. | Case No.: 2:26-cv-02749-CDS-DJA<br><br>Related Case pending in C.D. Cal.<br>Case No. 2:25-cv-03635-FLA-AYP<br><br>**JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO FILE OPPOSITION TO NON-PARTY MOLLY KAY HAMRICK'S MOTION TO QUASH SUBPOENAS**<br><br>**(First Request)** |

Non-party movant Molly Kay Hamrick ("Ms. Hamrick") and Defendants ByteDance Ltd., ByteDance Pte. Ltd., TikTok Pte. Ltd., and TikTok Inc. (collectively, "Defendants"), by and through their respective counsel of record, hereby stipulate and agree, subject to the approval of the Court, as follows:

1. On August 17, 2026, Ms. Hamrick filed her Motion to Quash Defendants' Subpoena Ad Testificandum and Subpoena Duces Tecum to Molly Kay Hamrick (the "Motion to Quash").

2. Defendants' deadline to file an opposition or other response to the Motion to Quash

is currently August 31, 2026.

3. On August 17, 2026, counsel for Defendants contacted counsel for Ms. Hamrick and requested an extension to file Defendants' opposition or other response by September 11, 2026.

4. Good cause exists to extend Defendants' deadline to respond to the Motion to Quash to afford Defendants' adequate time to retain local counsel and to afford Defendants' counsel adequate time to prepare their response. The requested extension is sought in good faith and not for purposes of delay, and no party will be prejudiced by it.

5. This is the first request to extend Defendants' deadline to respond to the Motion to Quash.

6. The parties have met and conferred, and Ms. Hamrick does not oppose the requested extension.

*[Remainder of page intentionally left blank.]*

NOW, THEREFORE, the parties, by and through their respective counsel of record, and subject to the approval of the Court, HEREBY STIPULATE AND AGREE that Defendants' deadline to file an opposition or other response to the Motion to Quash shall be extended up to and **including September 11, 2026**.

IT IS SO STIPULATED.

Dated: August 28, 2026

By: /s/ Ognjen Zivojnovic
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Ognjen Zivojnovic (*pro hac vice* to be filed)
John Wesley Samples (*pro hac vice* to be filed)
50 California Street, 22nd Floor
San Francisco, California 94111

*Attorneys for Defendants*

Dated: August 28, 2026

By: /s/ Samuel A. Schwartz
SCHWARTZ, PLLC
Samuel A. Schwartz, Nevada Bar No. 10985
601 East Bridger Avenue
Las Vegas, Nevada 89101

BROWN RUDNICK LLP
Lisa Kobialka (*pro hac vice* to be filed)
Christina M. Finn (*pro hac vice* to be filed)
333 Twin Dolphin Drive, Suite 700
Redwood Shores, California 94065

*Attorneys for Movant Molly Kay Hamrick*

**ORDER**

IT IS SO ORDERED:

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 14, 2026